IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BAILEY REYNOLDS and HELEN MARTINEZ on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>FIDELITY INVESTMENTS INSTITUTIONAL OPERATIONS COMPANY, INC., FMR LLC, FIDELITY BROKERAGE SERVICES LLC, and FIDELITY WORKPLACE INVESTING LLC,<br><br>*Defendants.* | No. 1:18-cv-00423-CCE-LPA |

**PLAINTIFFS' MOTION TO CONDITIONALLY CERTIFY THIS MATTER AS A COLLECTIVE ACTION AND FOR A COURT-AUTHORIZED NOTICE TO BE ISSUED UNDER SECTION 216(B) OF THE FAIR LABOR STANDARDS ACT**

Plaintiffs Bailey Reynolds and Helen Martinez, on behalf of themselves and all others similarly situated, through their undersigned attorneys, hereby move for the following relief: (1) conditional certification of this action and for court-authorized notice pursuant to § 216(B) of the Fair Labor Standards Act ("FLSA"); (2) approval of the proposed FLSA notice of this action and the consent form; (3) a production of names, last known mailing addresses, last-known cell phone numbers, email addresses, work locations, and dates of employment of all putative

plaintiffs within 15 days of the Order; and (4) ability to distribute the Notice and Opt-in Form via first class mail, email, and text message to all putative plaintiffs of the conditionally certified collective, with a reminder mailing to be sent 45-days after the initial mailing to all non-responding putative plaintiffs.

In support of their motion, Plaintiffs Reynolds and Martinez shall rely upon the accompanying Memorandum of Law and the exhibits attached thereto.

Respectfully submitted, this August 7, 2018.

*/s/ Gilda Adriana Hernandez*
Gilda A. Hernandez (NCSB No. 36812)
Emma J. Smiley (NCSB No. 46407)
THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC
1020 Southhill Drive, Suite 130
Cary, NC 27513
Tel: (919) 741-8693
Fax: (919) 869-1853
ghernandez@gildahernandezlaw.com
esmiley@gildahernandezlaw.com

Christine E. Webber (#439368), *pro hac vice*
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Avenue, Suite 500 West
Washington, DC 20005
Tel: (202) 408-4600
Fax: (202) 408-4699
cwebber@cohenmilstein.com

# CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2018, the foregoing **PLAINTIFFS' MOTION TO CONDITIONALLY CERTIFY THIS MATTER AS A COLLECTIVE ACTION AND FOR A COURT-AUTHORIZED NOTICE TO BE ISSUED UNDER SECTION 216(B) OF THE FAIR LABOR STANDARDS ACT,** was served in accordance with the Federal Rules of Civil Procedure on the following:

**KEVIN SCOTT JOYNER**
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.
4208 SIX FORKS ROAD, SUITE 1100
RALEIGH, NC 27609
TELEPHONE: (919) 787-9700
FACSIMILE: (919) 783-9412
EMAIL: kevin.joyner@ogletreedeakins.com

**REGINA W. CALABRO**
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.
4208 SIX FORKS ROAD, SUITE 1100
RALEIGH, NC 27609
TELEPHONE: (919) 789-3178
FACSIMILE: (919) 783-9412
EMAIL: regina.calabro@ogletreedeakins.com

**ROBERT A. SAR**
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.
4208 SIX FORKS ROAD, SUITE 1100
RALEIGH, NC 27609
TELEPHONE: (919) 787-9700
FACSIMILE: (919) 783-9412
EMAIL: robert.sar@ogletreedeakins.com

**AUGUST W. HECKMAN, III**
MORGAN, LEWIS BOCKIUS LLP
502 CARNEGIE CENTER
PRINCETON, NJ 08540-6289

TELEPHONE: (609) 919-6600
FACSIMILE: (609) 919-6701
EMAIL: august.heckman@morganlewis.com

**RICHARD G. ROSENBLATT**
MORGAN, LEWIS BOCKIUS LLP
502 CARNEGIE CENTER
PRINCETON, NJ 08540-6289
TELEPHONE: (609) 919-6600
FACSIMILE: (609) 919-6701
EMAIL: richard.rosenblatt@morganlewis.com

*Attorneys for Defendants.*

Respectfully submitted,

*/s/ Gilda Adriana Hernandez*
Gilda A. Hernandez (NCSB No. 36812)
Emma J. Smiley (NCSB No. 46407)
THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC
1020 Southhill Drive, Suite 130
Cary, NC 27513
Tel: (919) 741-8693
Fax: (919) 869-1853
ghernandez@gildahernandezlaw.com
esmiley@gildahernandezlaw.com

Christine E. Webber (#439368), *pro hac vice*
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Avenue, Suite 500 West
Washington, DC 20005
Tel: (202) 408-4600
Fax: (202) 408-4699
cwebber@cohenmilstein.com