IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BAILEY REYNOLDS and HELEN MARTINEZ on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>FIDELITY INVESTMENTS INSTITUTIONAL OPERATIONS COMPANY, INC., FMR LLC, FIDELITY BROKERAGE SERVICES LLC, and FIDELITY WORKPLACE INVESTING LLC,<br><br>*Defendants.* | No. 1:18-cv-00423-CCE-LPA |

## JOINT NOTICE OF SETTLEMENT

Plaintiffs, Bailey Reynolds and Helen Martinez, individually and on behalf of others similarly situated, and Defendants, Fidelity Investments Institutional Operations Company, Inc.; FMR LLC; Fidelity Brokerage Services LLC; and Fidelity Workplace Investing LLC (collectively, the "Parties"), pursuant to the Court's Order dated September 17, 2018, hereby notify the Court that the Parties have reached an agreement in principle to resolve this action as a result of the mediation on December 14, 2018. The parties are currently negotiating the terms of a final settlement agreement, which will be filed with the Court along with a motion to approve the terms of settlement. The parties will

endeavor to submit their Joint Motion for Preliminary Approval of Class-Wide Settlement, proposed Settlement Agreement, and all other related documents to the Court, within sixty (60) days from the date of this filing, February 22, 2018.

Respectfully submitted on December 24, 2018.

| | |
|---|---|
| /s/ Gilda Adriana Hernandez<br>Gilda A. Hernandez (NCSB No. 36812)<br>Emma J. Smiley (NCSB No. 46407)<br>**THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC**<br>1020 Southhill Drive, Suite 130<br>Cary, NC 27513<br>Tel: (919) 741-8693<br>Fax: (919) 869-1853<br>ghernandez@gildahernandezlaw.com<br>esmiley@gildahernandezlaw.com<br><br>Christine E. Webber (#439368), *pro hac vice*<br>**COHEN MILSTEIN SELLERS & TOLL, PLLC**<br>1100 New York Avenue, Suite 500 West<br>Washington, DC 20005<br>Tel: (202) 408-4600<br>Fax: (202) 408-4699<br>cwebber@cohenmilstein.com<br>*Counsel for Plaintiffs* | /s/Richard G. Rosenblatt (pro hac vice)<br>Richard G. Rosenblatt (*pro hac vice*)<br>August W. Heckman III (*pro hac vice*)<br>**MORGAN, LEWIS BOCKIUS LLP**<br>502 CARNEGIE CENTER<br>PRINCETON, NJ 08540-6289<br>TELEPHONE: (609) 919-6600<br>FACSIMILE: (609) 919-6701<br>EMAIL:<br>richard.rosenblatt@morganlewis.com<br>august.heckman@morganlewis.com<br><br>Kevin Scott Joyner<br>Regina W. Calabro<br>Robert A. Star<br>**OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.**<br>4208 SIX FORKS ROAD, SUITE 1100<br>RALEIGH, NC 27609<br>TELEPHONE: (919) 787-9700<br>FACSIMILE: (919) 783-9412<br>EMAIL:<br>kevin.joyner@ogletreedeakins.com<br>regina.calabro@ogletreedeakins.com<br>robert.sar@ogletreedeakins.com<br><br>*Counsel for Defendants* |

# CERTIFICATE OF SERVICE

I hereby certify that on December 24, 2018, I electronically filed the foregoing true and accurate copy of the **JOINT NOTICE OF SETTLEMENT** with the Court using the CM/ECF system, and I hereby certify that I have thereby electronically served the document to the following:


**KEVIN SCOTT JOYNER**
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.
4208 SIX FORKS ROAD, SUITE 1100
RALEIGH, NC 27609
TELEPHONE: (919) 787-9700
FACSIMILE: (919) 783-9412
EMAIL: kevin.joyner@ogletreedeakins.com

**REGINA W. CALABRO**
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.
4208 SIX FORKS ROAD, SUITE 1100
RALEIGH, NC 27609
TELEPHONE: (919) 789-3178
FACSIMILE: (919) 783-9412
EMAIL: regina.calabro@ogletreedeakins.com

**ROBERT A. SAR**
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.
4208 SIX FORKS ROAD, SUITE 1100
RALEIGH, NC 27609
TELEPHONE: (919) 787-9700
FACSIMILE: (919) 783-9412
EMAIL: robert.sar@ogletreedeakins.com

**AUGUST W. HECKMAN, III**
MORGAN, LEWIS BOCKIUS LLP
502 CARNEGIE CENTER
PRINCETON, NJ 08540-6289
TELEPHONE: (609) 919-6600
FACSIMILE: (609) 919-6701

EMAIL: august.heckman@morganlewis.com
**RICHARD G. ROSENBLATT**
MORGAN, LEWIS BOCKIUS LLP
502 CARNEGIE CENTER
PRINCETON, NJ 08540-6289
TELEPHONE: (609) 919-6600
FACSIMILE: (609) 919-6701
EMAIL: richard.rosenblatt@morganlewis.com

*Attorneys for Defendants*.

        Respectfully submitted,

        */s/ Gilda Adriana Hernandez*
        Gilda A. Hernandez (NCSB No. 36812)
        Emma J. Smiley (NCSB No. 46407)
        THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC
        1020 Southhill Drive, Suite 130
        Cary, NC 27513
        Tel: (919) 741-8693
        Fax: (919_ 869-1853
        ghernandez@gildahernandezlaw.com
        esmiley@gildahernandezlaw.com

        Christine E. Webber (#439368), *pro hac vice*
        COHEN MILSTEIN SELLERS & TOLL, PLLC
        1100 New York Avenue, Suite 500 West
        Washington, DC 20005
        Tel: (202) 408-4600
        Fax: (202) 408-4699
        cwebber@cohenmilstein.com