# Exhibit 1

| From: | Heckman III, August W. |
|---|---|
| To: | Christine E. Webber |
| Cc: | Jill Hernandez; Stacy Cammarano |
| Subject: | RE: Fidelity amended complaint |
| Date: | Wednesday, February 20, 2019 5:46:41 PM |

Defendants hereby consent.

Regards,

August

August W. Heckman III
Morgan, Lewis & Bockius LLP
502 Carnegie Center | Princeton, NJ 08540-6289
Direct: +1.609.919.6696 | Main: +1.609.919.6600 | Fax: +1.609.919.6701
august.heckman@morganlewis.com | www.morganlewis.com
Assistant: Tawanna Y. Barron | +1.609.919.6637 | tbarron@morganlewis.com


-----Original Message-----
From: Christine E. Webber <CWebber@cohenmilstein.com>
Sent: Wednesday, February 20, 2019 5:45 PM
To: Heckman III, August W. <august.heckman@morganlewis.com>
Cc: Jill Hernandez <ghernandez@gildahernandezlaw.com>; Stacy Cammarano <SCammarano@cohenmilstein.com>
Subject: Fidelity amended complaint

[EXTERNAL EMAIL]

August:

Plaintiffs are formally requesting Fidelity's consent to file our Second Amended Complaint, which you have seen, and which is a condition of our settlement agreement. As you have seen, our motion relies on Rule 15, and the existence of formal written consent from Fidelity, so we need something from you in writing.

Thank you,

Christine Webber
Sent from my phone, please excuse typos

DISCLAIMER
This e-mail message is intended only for the personal use
of the recipient(s) named above.  This message may be an
attorney-client communication and as such privileged and
confidential and/or it may include attorney work product.
If you are not an intended recipient, you may not review,
copy or distribute this message.  If you have received this
communication in error, please notify us immediately by
e-mail and delete the original message.