IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

BAILEY REYNOLDS and HELEN MARTINEZ on behalf of themselves and all others similarly situated,

*Plaintiffs,*

v.

FIDELITY INVESTMENTS INSTITUTIONAL OPERATIONS COMPANY, INC., FMR LLC, FIDELITY BROKERAGE SERVICES LLC, FIDELITY WORKPLACE INVESTING LLC, and VERITUDE LLC,

*Defendants.*

No. 1:18-cv-00423-CCE-LPA

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT; PROVISIONAL CERTIFICATION OF THE SETTLEMENT CLASSES; APPOINTMENT OF PLAINTIFFS' COUNSEL AS CLASS COUNSEL; APPROVAL OF SETTLEMENT ADMINISTRATOR; AND APPROVAL OF PLAINTIFFS' NOTICE OF SETTLEMENT**

Pursuant to Fed. R. Civ. P. 23 and 29 U.S.C. § 216(b), and based on the accompanying memorandum of law, Plaintiffs respectfully move this Court, consistent with the Parties' Stipulation and Settlement Agreement, to (1) provisionally grant preliminary approval of the proposed class and collective action settlement (the Parties' "Stipulation and Settlement Agreement"); (2) provisionally certify the settlement class; (3) appoint Plaintiffs' Counsel as Class Counsel; (4) approve the appointment of RG2 Claims Administration LLC, as settlement administrator; and (5) approve the proposed notice of

the settlement and claim forms. The Parties' Stipulation and Settlement Agreement, proposed notice, reminder notice, and proposed order are submitted herewith.

Counsel for Plaintiffs have conferred with counsel for Defendants and, consistent with the agreement in the Parties' Stipulation and Settlement Agreement, Defendants do not oppose the instant motion.

Dated: February 22, 2019.

                          Respectfully submitted,

                   BY:  /s/ *Gilda Adriana Hernandez*
                         Gilda A. Hernandez (NCSB # 36812)
                         **THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC**
                         1020 Southhill Drive, Suite 130
                         Cary, NC 27513
                         Telephone: (919) 741-8693
                         Facsimile: (919) 869-1853
                         ghernandez@gildahernandezlaw.com

                         Christine E. Webber (#439368), *pro hac vice*
                         **COHEN MILSTEIN SELLERS & TOLL, PLLC**
                         1100 New York Avenue, Suite 500 West
                         Washington, DC 20005
                         Tel: (202) 408-4600
                         Fax: (202) 408-4699
                         cwebber@cohenmilstein.com

                         *Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2019, I electronically filed the foregoing true and accurate copy of **PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT; PROVISIONAL CERTIFICATION OF THE SETTLEMENT CLASSES; APPOINTMENT OF PLAINTIFFS' COUNSEL AS CLASS COUNSEL; APPROVAL OF SETTLEMENT ADMINISTRATOR; AND APPROVAL OF PLAINTIFFS' NOTICE OF SETTLEMENT** with the Court using the CM/ECF system, and I hereby certify that I have thereby electronically served the document to the following:

Richard G. Rosenblatt (*pro hac vice*)
August W. Heckman III (*pro hac vice*)
**MORGAN, LEWIS BOCKIUS LLP**
502 CARNEGIE CENTER
PRINCETON, NJ 08540-6289
TELEPHONE: (609) 919-6600
FACSIMILE: (609) 919-6701
EMAIL: richard.rosenblatt@morganlewis.com
august.heckman@morganlewis.com

Kevin Scott Joyner
Regina W. Calabro
Robert A. Star
**OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.**
4208 SIX FORKS ROAD, SUITE 1100
RALEIGH, NC 27609
TELEPHONE: (919) 787-9700
FACSIMILE: (919) 783-9412
EMAIL: kevin.joyner@ogletreedeakins.com
regina.calabro@ogletreedeakins.com
robert.sar@ogletreedeakins.com

*Attorneys for Defendants*

3

Case 1:18-cv-00423-CCE-LPA   Document 52   Filed 02/22/19   Page 3 of 4

Respectfully submitted,

/s/ *Gilda Adriana Hernandez*
Gilda A. Hernandez (NCSB # 36812)
**THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC**
1020 Southhill Drive, Suite 130
Cary, NC 27513
Telephone: (919) 741-8693
Facsimile: (919) 869-1853
ghernandez@gildahernandezlaw.com

Christine E. Webber (#439368), *pro hac vice*
**COHEN MILSTEIN SELLERS & TOLL, PLLC**
1100 New York Avenue, Suite 500 West
Washington, DC 20005
Tel: (202) 408-4600
Fax: (202) 408-4699
cwebber@cohenmilstein.com

*Attorneys for Plaintiffs*

4