IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| BAILEY REYNOLDS and HELEN MARTINEZ on behalf of themselves and all others similarly situated, | ) ) ) ) | |
| *Plaintiffs,* | ) ) ) | No. 1:18-cv-00423-CCE-LPA |
| v. | ) ) | |
| FIDELITY INVESTMENTS INSTITUTIONAL OPERATIONS COMPANY, INC., FMR LLC, FIDELITY BROKERAGE SERVICES LLC, and FIDELITY WORKPLACE INVESTING LLC, and VERITUDE LLC, | ) ) ) ) ) ) ) | |
| *Defendants.* | ) | |

## **PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

For the reasons set forth in the accompanying memorandum of law, the Declarations of Gilda Adriana Hernandez in Support of Plaintiffs' Unopposed Motions for Preliminary Approval of Class and Collective Action Settlement; Approval of Settlement Administrator; Approval of Plaintiffs' Notice of Settlement; Approval of Attorneys' Fees and Reimbursement of Expenses, and Approval of Service Awards ("Hernandez Decl."), and the Declaration of Christine Webber in Support of Unopposed Motions for Preliminary Approval of Class and Collective Action Settlement; Approval of Settlement Administrator; Approval of Plaintiffs' Notice of Settlement; and Approval of Attorneys' Fees and Reimbursement of Expenses, ("Webber Decl."), and consistent with the terms of the Parties' Stipulation and Settlement Agreement, Plaintiffs respectfully request that the

Court enter an Order:

(1) Awarding Class Counsel attorneys' fees of one-third ($1,000,000.00) of the Gross Settlement Fund ($3,000,000.00), should the Court grant final approval to the Parties' proposed settlement;

(2) Awarding Class Counsel $30,033.87 in litigation expenses, should the Court grant final approval to the Parties' proposed settlement; and

(3) Granting such other relief as the Court deems just and proper.

Counsel for Plaintiffs have conferred with Counsel for Defendants, and, consistent with the terms of the Parties' Stipulation and Settlement Agreement, which has been presented to the Court for preliminary approval, Defendants do not oppose the instant motion.

Dated: February 22, 2019.

Respectfully submitted,

BY: /s/ *Gilda Adriana Hernandez*
Gilda A. Hernandez (NCSB # 36812)
**THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC**
1020 Southhill Drive, Suite 130
Cary, NC 27513
Telephone: (919) 741-8693
Facsimile: (919) 869-1853
ghernandez@gildahernandezlaw.com

Christine E. Webber (#439368), *pro hac vice*
**COHEN MILSTEIN SELLERS & TOLL, PLLC**
1100 New York Avenue, Suite 500 West
Washington, DC 20005
Tel: (202) 408-4600

2

Fax: (202) 408-4699
cwebber@cohenmilstein.com

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2019, I electronically filed the foregoing true and accurate copy of **PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES** with the Court using the CM/ECF system, and I hereby certify that I have thereby electronically served the document to the following:

Richard G. Rosenblatt  (*pro hac vice*)
August W. Heckman III (*pro hac vice*)
**MORGAN, LEWIS BOCKIUS LLP**
502 CARNEGIE CENTER
PRINCETON, NJ 08540-6289
TELEPHONE: (609) 919-6600
FACSIMILE: (609) 919-6701
EMAIL: richard.rosenblatt@morganlewis.com
august.heckman@morganlewis.com

Kevin Scott Joyner
Regina W. Calabro

Robert A. Star
**OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.**
4208 SIX FORKS ROAD, SUITE 1100
RALEIGH, NC 27609
TELEPHONE: (919) 787-9700
FACSIMILE: (919) 783-9412
EMAIL: kevin.joyner@ogletreedeakins.com

regina.calabro@ogletreedeakins.com
robert.sar@ogletreedeakins.com

*Attorneys for Defendants*


       Respectfully submitted,

       /s/ *Gilda Adriana Hernandez*
       Gilda A. Hernandez (NCSB # 36812)

**THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC**
1020 Southhill Drive, Suite 130
Cary, NC 27513
Telephone: (919) 741-8693
Facsimile: (919) 869-1853
ghernandez@gildahernandezlaw.com

Christine E. Webber (#439368), *pro hac vice*
**COHEN MILSTEIN SELLERS & TOLL, PLLC**
1100 New York Avenue, Suite 500 West
Washington, DC 20005
Tel: (202) 408-4600
Fax: (202) 408-4699
cwebber@cohenmilstein.com

*Attorneys for Plaintiffs*

5