UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA



| | |
|---|---|
| BAILEY REYNOLDS and HELEN MARTINEZ on behalf of themselves and all others similarly situated,<br>*Plaintiffs,*<br><br>v.<br><br>FIDELITY INVESTMENTS INSTITUTIONAL OPERATIONS COMPANY, INC., FMR LLC, FIDELITY BROKERAGE SERVICES LLC, and FIDELITY WORKPLACE INVESTING LLC, and VERITUDE LLC,<br>*Defendants.* | 1:18-CV-423 |

## **ORDER**

The Court has reviewed the materials filed in February 2019 by the plaintiffs related to settlement. *See* Docs. 52, 52-1, 53, 53-1. The Court understands that the plaintiffs' February motion, Doc. 52, asks the Court to provisionally certify two Rule 23 settlement classes and to conditionally certify a Fair Labor Standards Act Settlement Collective Action, all as defined in the settlement agreement. *See* Doc. 52-1 (proposed order). The Court further understands that the February motion and the filing of the amended complaint, Doc. 62, moot the pre-settlement motion filed in August 2018 for conditional FLSA certification. Doc. 29. If this is not correct, counsel should immediately advise the Court.

This the ~~14~~ day of March, 2019
/ 13th

_____
UNITED STATED DISTRICT JUDGE