# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BAILEY REYNOLDS and HELEN MARTINEZ on behalf of herself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br>FIDELITY INVESTMENTS INSTITUTIONAL OPERATIONS COMPANY, INC., FMR LLC, FIDELITY BROKERAGE SERVICES LLC, FIDELITY WORKPLACE INVESTING LLC, and VERITUDE LLC,<br><br>Defendants. | CIVIL ACTION NO. 1:18-cv-00423-CCE-LPA |

## JOINT MOTION TO CONTINUE FINAL APPROVAL HEARING

Due to an inadvertent omission of certain putative settlement class members from the distribution list to whom notice of settlement was sent, additional notice is required. Accordingly, the parties jointly move to continue the August 21, 2019 final hearing date.

In support of this request, the parties state the following:

1. Following mediation, Defendants provided to Plaintiffs a list of individuals that they believed were in-scope for purposes of the settlement class definitions. The use of that list resulted in 5,087 putative settlement members receiving notice pursuant to the Court's April 10, 2019 Order.

2. On or about July 12, 2019, an individual contacted counsel for plaintiffs to inquire as to why he had not received notice of the settlement. Plaintiffs' counsel contacted Defendant's counsel, and Defendants reviewed this individual's employment records.

3. On or about July 12, 2019, an individual contacted the settlement administrator to inquire as to why he had not received notice of the settlement. Upon learning of this inquiry, Defendants reviewed this individual's employment records.

4. During the course of that investigation, it was determined that approximately 700 individuals who were employed exclusively by Defendant Fidelity Brokerage Services LLC ("FBS") during the limitations period covered by the settlement had been inadvertently omitted from the list of individuals to receive notice of the settlement.

5. These individuals meet the parties' class/collective definitions, and thus should have received notice. See April 10 Order, Dkt. No. 65, ¶¶ 7, 13.

6. Since learning of this issue, the parties have met and conferred extensively. While the parties agree that notice needs to be sent to the individuals who were inadvertently omitted from the class list, there are certain disagreements between the parties relating to the scope of the additional notices required and other issues that will be the focus of supplemental briefing. The parties will raise these

issues with Court expeditiously, and upon resolution of those issues a new final approval hearing date may be set.

7. The parties remain available at the Court's convenience should the Court have any questions or concerns it wishes to address.

Respectfully submitted,

| /s/ Gilda A. Hernandez | /s/ Richard G. Rosenblatt |
|---|---|
| Gilda A. Hernandez<br>THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC<br>1020 Southhill Dr., Ste. 130<br>Cary, NC 27513<br>Tel: (919) 741-8693<br>Fax: (919) 869-1853<br>ghernandez@gildahernandezlaw.com<br><br><br>Christine E. Webber (#439368) *pro hac vice*<br>COHEN MILSTEIN SELLERS & TOLL, PLLC<br>1100 New York Avenue, Suite 500 West<br>Washington, DC 20005<br>cwebber@cohenmilstein.com<br>Telephone: 202.408.4600<br>Facsimile: 202.408.4699<br><br>*Attorneys for Plaintiffs* | Richard G. Rosenblatt<br>Morgan, Lewis & Bockius LLP<br>502 Carnegie Center<br>Princeton, NJ 08540-6289<br>Telephone: (609) 919-6600<br>Facsimile: (609) 919-6701<br>Richard.rosenblatt@morganlewis.com<br><br>Kevin Scott Joyner<br>Regina W. Calabro<br>Robert A. Sar<br>Ogletree Deakins Nash Smoak & Stewart, P.C.<br>4208 Six Forks Rd., Suite 1100<br>Raleigh, NC 27609<br>Telephone: (919) 787-9700<br>Facsimile: (919) 783-9412<br>Kevin.joyner@ogletreedeakins.com<br>Regina.calabro@ogletreedeakins.com<br>Robert.sar@ogletreedeakins.com<br><br>*Attorneys for Defendants* |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BAILEY REYNOLDS and HELEN MARTINEZ on behalf of herself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br>FIDELITY INVESTMENTS INSTITUTIONAL OPERATIONS COMPANY, INC., FMR LLC, FIDELITY BROKERAGE SERVICES LLC, FIDELITY WORKPLACE INVESTING LLC, and VERITUDE LLC,<br><br>Defendants. | CIVIL ACTION NO. 1:18-cv-00423-CCE-LPA |

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Richard G. Rosenblatt
Morgan, Lewis & Bockius LLP
502 Carnegie Center
Princeton, NJ 08540-6289
Telephone: (609) 919-6600
Facsimile: (609) 919-6701
Richard.rosenblatt@morganlewis.com

4

Kevin Scott Joyner
Regina W. Calabro
Robert A. Sar
Ogletree Deakins Nash Smoak & Stewart, P.C.
4208 Six Forks Rd., Suite 1100
Raleigh, NC 27609
Telephone: (919) 787-9700
Facsimile: (919) 783-9412
Kevin.joyner@ogletreedeakins.com
Regina.calabro@ogletreedeakins.com
Robert.sar@ogletreedeakins.com

*Attorneys for Defendants*

Gilda A. Hernandez (NCSB No. 36812)
THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC
1020 Southhill Drive, Suite 130
Cary, NC 27513
Tel: (919) 741-8693
Fax: (919) 869-1853
ghernandez@gildahernandezlaw.com

Christine E. Webber (#439368), *pro hac vice*
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Avenue, Suite 500 West
Washington, DC 20005
Tel: (202) 408-4600
Fax: (202) 408-4699
cwebber@cohenmilstein.com

5