# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BAILEY REYNOLDS and HELEN MARTINEZ on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FIDELITY INVESTMENTS INSTITUTIONAL OPERATIONS COMPANY, INC., FMR LLC, FIDELITY BROKERAGE SERVICES LLC, and FIDELITY WORKPLACE INVESTING, LLC,<br><br>Defendants. | Civil Action No. 1:18-CV-00423-CCE-LPA |

## ORDER

UPON CONSIDERATION of the parties Joint Motion to Continue Final Settlement Approval Hearing, and for good cause shown, it is hereby ORDERED that the parties' Joint Motion is **GRANTED.**

This \_\_\_\_\_ day of August, 2019.

                Signed:

                _____
                United States District/Magistrate Judge

39571718.1