IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BAILEY REYNOLDS and HELEN MARTINEZ on behalf of themselves and all others similarly situated, )<br><br>*Plaintiffs,* )<br><br>v. )<br><br>FIDELITY INVESTMENTS INSTITUTIONAL OPERATIONS COMPANY, INC., FMR LLC, FIDELITY BROKERAGE SERVICES LLC, FIDELITY WORKPLACE INVESTING LLC, and VERITUDE LLC, )<br><br>*Defendants.* ) | No. 1:18-cv-00423-CCE-LPA |

### **PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF THE COLLECIVE AND CLASS ACTION SETTLEMENT**

For the reasons set forth in the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Final Approval of the Class and Collective Action Settlement ("Motion for Final Approval"), Plaintiffs respectfully request that the Court enter an Order:

(1) Granting final approval of the Joint Stipulation of Settlement and Release (Dkt. 64-1, Exhibit A), including the class action settlement pursuant to Fed. R. Civ. P.23 and the Fair Labor Standards Act (FLSA) collective action settlement contained therein; and

(2) Granting any other relief that the Court deems just and proper.

Plaintiffs have contemporaneously submitted a Proposed Order, attached hereto, for the Court's convenience.

Respectfully submitted this December 13, 2019

        /s/ *Gilda Adriana Hernandez*
Gilda A. Hernandez (NCSB No. 36812)
**THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC**
1020 Southhill Drive, Suite 130
Cary, NC 27513
Tel: 919 741-8693
Fax: 919 869-1853
ghernandez@gildahernandezlaw.com

Christine E. Webber (#439368), *pro hac vice*
**COHEN MILSTEIN SELLERS & TOLL, PLLC**
1100 New York Avenue, Suite 500 West
Washington, DC 20005
Tel: (202) 408-4600
Fax: (202) 408-4699

cwebber@cohenmilstein.com

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2019, I filed the foregoing true and accurate copy of **PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF THE COLLECIVE AND CLASS ACTION SETTLEMENT** with the Court using the CM/ECF system, and thereby electronically served the document to the following:

Richard G. Rosenblatt (*pro hac vice*)
August W. Heckman III (*pro hac vice*)
**MORGAN, LEWIS BOCKIUS LLP**
502 CARNEGIE CENTER
PRINCETON, NJ 08540-6289
TELEPHONE: (609) 919-6600
FACSIMILE: (609) 919-6701
EMAIL: richard.rosenblatt@morganlewis.com
august.heckman@morganlewis.com

Kevin Scott Joyner
Regina W. Calabro

Robert A. Star
**OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.**
4208 SIX FORKS ROAD, SUITE 1100
RALEIGH, NC 27609
TELEPHONE: (919) 787-9700
FACSIMILE: (919) 783-9412
EMAIL: kevin.joyner@ogletreedeakins.com

regina.calabro@ogletreedeakins.com
robert.sar@ogletreedeakins.com

*Attorneys for Defendants*

                                           */s/ Gilda Adriana Hernandez*
                                           Gilda A. Hernandez (#36812)
                                           **THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC**
                                           1020 Southhill Dr., Ste. 130
                                           Cary, NC 27513
                                           Tel: (919) 741-8693
                                           Fax: (919) 869-1853

ghernandez@gildahernandezlaw.com

Christine E. Webber (#439368), *pro hac vice*
**COHEN MILSTEIN SELLERS & TOLL, PLLC**
1100 New York Avenue, Suite 500 West
Washington, DC 20005
Tel: (202) 408-4600
Fax: (202) 408-4699
cwebber@cohenmilstein.com

*Attorneys for Plaintiffs*